FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 SEP 22 AM 10: 53

DISTRICT OF UTAH

Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | ) | Bankruptcy No. 09-33706 WTT |
|---|---|---|
| NANCY ANNE GLAD, | ) | Chapter 7 |
| Debtor. | ) | **DEPOSIT OF FUNDS FOR SMALL CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 4.87% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 7 | GE Money Bank<br>Care of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | $3.17 |



3. A check in the amount of $3.17 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 21 day of September, 2010.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 22 day of September, 2010, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

_____